# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1720
_____

FELIX A. SMITH,

    Appellant,

v.

RICKY D. DIXON, Sec. Fla. Dept.
of Corrections,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.


December 4, 2024

PER CURIAM.

The Court grants the motion filed July 10, 2024, and dismisses this proceeding as moot. *Phillips v. McDonough*, 962 So. 2d 375, 376 (Fla. 1st DCA 2007).

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Felix A. Smith, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Dan Johnson, General Counsel, and Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.